## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

_____

**THOMAS W. BOYDE, IV**

**Plaintiff**

**vs.**

**JOHN MIGNANO, TERRY WEAVER,**
**TODD RIEMER, DEPUTY ERIC BRETT,**
**ANTHONY MIGNANO, and KEVIN HALE,**

**Defendants**

_____

**VERDICT SHEET**
**08-CV-6242**

1.   Has the plaintiff, Thomas Boyde, proven that any of the defendants violated his constitutional rights by failing to protect him?

   a)   John Mignano          YES _____          NO ___✓___

   b)   Terry Weaver          YES _____          NO __✓___

   c)   Todd Riemer          YES _____          NO __✓___

   d)   Eric Brett          YES _____          NO __✓___

   e)   Anthony Mignano          YES _____          NO __✓___

   f)   Kevin Hale          YES _____          NO __✓___

   If you answered "YES" to any portion of Question # 1, proceed to Question # 2.  If you answered "NO" to each portion of Question # 1, STOP AND REPORT YOUR VERDICT.

2.   As to his failure to protect claim, did the plaintiff, Thomas Boyde, suffer any compensatory damages that were proximately caused by any of the defendants?

   YES ____          NO ____

   If you answered "YES" to Question # 2, proceed to Question # 3.  If you answered "NO" to Question # 2, proceed to Question # 4.

3.  As to his failure to protect claim, what dollar amount of compensatory damages did the plaintiff, Thomas Boyde, suffer?

$_____

If you have awarded compensatory damages, please go to Question # 5.

4.  If you have answered "YES" to any portion of Question # 1, but "NO" to Question # 2, you are required to enter an award of nominal damages in an amount of one dollar ($1.00).

$_____

Proceed to Question # 5.

5.  As to his excessive force claim, has the plaintiff, Thomas Boyde, proven that he is entitled to punitive damages against any of the defendants?

| | | | | |
|---|---|---|---|---|
| a) | John Mignano | YES \_\_\_\_\_ | NO \_\_\_\_\_ | AMOUNT_____ |
| b) | Terry Weaver | YES \_\_\_\_\_ | NO \_\_\_\_\_ | AMOUNT_____ |
| c) | Todd Riemer | YES \_\_\_\_\_ | NO \_\_\_\_\_ | AMOUNT_____ |
| d) | Eric Brett | YES \_\_\_\_\_ | NO \_\_\_\_\_ | AMOUNT_____ |
| e) | Anthony Mignano | YES \_\_\_\_\_ | NO \_\_\_\_\_ | AMOUNT_____ |
| f) | Kevin Hale | YES \_\_\_\_\_ | NO \_\_\_\_\_ | AMOUNT_____ |

## STOP AND REPORT YOUR VERDICT

I CERTIFY THE ABOVE VERDICT TO BE TRUE AND ACCURATE.

Dated: Rochester, New York
April 04, 2014

_____
Hannah Gibbons, Foreperson