# UNITED STATES DISTRICT COURT
for the

Western District of NY

| | |
|---|---|
| THOMAS W. BOYDE, IV,<br>*Plaintiff*<br>v.<br>JOHN MIGNANO, TERRY WEAVER, TODD RIEMER,<br>DEPUTY ERIC BRETT,<br>ANTHONY MIGNANO AND KEVIN HALE,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>Civil Action No.  08cv6242 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other: _____ .

This action was *(check one)*:

☒ tried by a jury with Judge   Charles J. Siragusa   presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date:   04/11/2014

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*